NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TCHUTIMA, INC., doing business as Lotus of Siam; SAIPIN CHUTIMA,

Plaintiffs - Appellees,

v.

BUA GROUP, LLC,

Defendant - Appellant.

No. 24-6745

D.C. No.
2:24-cv-01130-JCM-NJK

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted October 9, 2025[**]
Las Vegas, Nevada

Before: BENNETT, SANCHEZ, and H.A. THOMAS, Circuit Judges.

Bua Group, LLC appeals the district court's grant of a preliminary

injunction in favor of TChutima, Inc. and Saipin Chutima (collectively,

"TChutima") in this trademark-infringement case. We have jurisdiction under 28

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1292(a). We reverse and remand this case for the entry of further findings of fact and conclusions of law.

In granting a preliminary injunction, a district court "must find the facts specially and state its conclusions of law separately." Fed. R. Civ. P. 52(a)(1). "We may . . . remand for further findings of fact and conclusions of law where a district court's findings and conclusions supporting the preliminary injunction are not sufficient to permit meaningful review." *Fed. Trade Comm'n v. Enforma Nat. Prods., Inc.*, 362 F.3d 1204, 1212 (9th Cir. 2004).

Here, the district court found that TChutima held a valid registered trademark and stated, without citation to the record, that "[t]here is sufficient evidence in the record to show reasonable public confusion may arise," but made no other factual findings in support of its issuance of a preliminary injunction in TChutima's favor. Because we cannot meaningfully review the district court's order, we **REVERSE** this case and **REMAND** it to the district court for "additional and more detailed findings and conclusions." *Id.*

**REVERSED and REMANDED.**